UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20299-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

EUGENE H. RUSSELL,
Reg. #68447-004
    Defendant.  /

**JUDGMENT & COMMITMENT UPON
VIOLATION OF SUPERVISED RELEASE**

It appearing to the Court that the Defendant, **Eugene Russell,** was serving a term of supervised release pursuant to the Sentencing Reform Act of 1984, and Acts amendatory thereof and the Defendant having been duly brought before the Court for a hearing upon the petition of the United States Probation Officer.

On September 18, 2008 the defendant, Eugene Russell, appeared before the Court and after a hearing was held, the defendant was found not guilty of Violation #3. The Court finds the defendant guilty of Violation #1,2 and 4. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby **_REVOKED_**. It is further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **eighteen (18) months.** The sentence is to run CONSECUTIVE to Case No. 07-20338-CR-SEITZ.

**DONE AND ORDERED** in Open Court on 09/18/08 at Miami, Dade County, Florida and signed this _22nd_ day of September 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Marshal (2 certified copies)
Bureau of Prisons (1 certified copy)
USPO William Salinas

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: 07-20338-CR-SEITZ/001 |
| EUGENE RUSSELL | USM Number: 68447-004 |
| | Counsel For Defendant: Neil Nameroff |
| | Counsel For The United States: Robin Waugh |
| | Court Reporter: Larry Herr |

The defendant was found guilty on Counts 1-4 of the Indictment.
The defendant is adjudicated guilty of the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to import 100 kilograms of more of marijuana | 1/23/07 | 1 |
| 21 U.S.C. § 952(a) | Importation of 100 kilograms of more of marijuana | 1/23/07 | 2 |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute 100 kilograms or more of marijuana | 1/23/07 | 3 |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 100 kilograms or more of marijuana | 1/23/07 | 4 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
8/28/2008

PATRICIA A. SEITZ
United States District Judge

August 28, 2008

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date 9/18/08

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: EUGENE RUSSELL
CASE NUMBER: 07-20338-CR-SEITZ/001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **121 months as to each Count 1, 2, 3 and 4, all terms to run concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:

> Defendant should be placed in a facility in South Florida to be near his family.
> If deemed appropriate, the defendant should participate in the intensive drug treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

Case 1:02-cr-20299-FAM   Document 84   Entered on FLSD Docket 09/23/2008   Page 5 of 10
Case 1:07-cr-20338-PAS   Document 154   Entered on FLSD Docket 08/29/2008   Page 3 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: EUGENE RUSSELL
CASE NUMBER: 07-20338-CR-SEITZ/001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **8 years as to each Count 1, 2, 3 and 4, all terms to run concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EUGENE RUSSELL
CASE NUMBER: 07-20338-CR-SEITZ/001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

The defendant shall obtain prior written approval from the Court before entering into any self-employment.

The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: EUGENE RUSSELL
CASE NUMBER: 07-20338-CR-SEITZ/001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $400.00 | $ | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:02-cr-20299-FAM   Document 84   Entered on FLSD Docket 09/23/2008   Page 8 of 10
Case 1:07-cr-20338-PAS   Document 154   Entered on FLSD Docket 08/29/2008   Page 6 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: EUGENE RUSSELL
CASE NUMBER: 07-20338-CR-SEITZ/001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A. Lump sum payment of **$400.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **400 NORTH MIAMI AVENUE, ROOM 8N09**
    **MIAMI, FLORIDA 33128-7716**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 72365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>02-20299-CR-MORENO</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Eugene Hilton Russell

Name of Sentencing Judicial Officer: The Honorable Federico A. Moreno, U.S. District Judge, Southern District of Florida, Miami Division.

Date of Original Sentence: August 23, 2002

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Marijuana while on Board a Motor Vessel, 46 U.S.C. § 1903(j), a Class C felony. |
| Original Sentence: | Committed to the custody of the Bureau of Prisons for a term of thirty (30) months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. No special condition imposed. |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 29, 2004

Assistant U.S. Attorney:
Robin Waugh-Farretta
500 E. Broward Blvd
Seventh Floor
Ft. Lauderdale, Florida 33394
954-660-5692

Defense Attorney:
Neil M. Nameroff
100 S.E. 2nd Street, Suite 3350
Miami, Florida 33131-3216
305-536-8700

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 23, 2007, in Miami-Dade County, the supervised releasee did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952 (a), and Title 18, United States Code, Section 2. Pursuant to Title 21, United States Code, Section 960(b)(2), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana. |

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 72365

2   **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 23, 2007, in Miami-Dade County, the supervised releasee did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

3   **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation officer. On or about January 23, 2007, the defendant traveled to the Bahamas, without securing the permission of the probation officer or the court, as evidenced by D.E.A. offense reports.

4.   **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about January 23, 2007 the defendant traveled to the Bahamas with Rocky Roberto Saunders and Freedman Rodney Robins, subjects identified by the Drug Enforcement Administration, as Importing into the United States a Controlled Substance, to wit: Marijuana and Possession of a Controlled Substance with Intent to Distribute a Controlled Substance, to wit: Marijuana.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___19th of April 2007___

William H. Salinas
U.S. Probation Officer
Phone: 305-424-2454

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/4/07

Signature of Judicial Officer

April 30, 2007
Date